NUMBER 13-02-364-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


ROGELIO GUAJARDO , Appellant,



v.




VERNA TRIGGS GUAJARDO , Appellee.

____________________________________________________________________


On appeal from the County Court at Law

of Kleberg County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellant, Rogelio Guajardo, attempts to appeal a judgment of dismissal entered by the trial court on April 2, 2002. We
dismiss this appeal for failure to comply with the Texas Rules of Appellate Procedure. 

 Appellant's notice of appeal fails to contain the information required by rule 25.1(e) of the appellate rules, that is, a
certificate of service showing service on all parties to the trial court's judgment. See Tex. R. App. P. 25.1(e).

 On November 20, 2002, the Clerk of this Court notified appellant that his notice of appeal was defective for failure to
comply with rule 25.1(e). See Tex. R. App. P. 37.1. On December 2, 2002, appellant responded to the Court's notice but
did not correct the defect. Accordingly, because appellant has failed to correct his defective notice of appeal after notice
from the Clerk, the appeal is dismissed for failure to comply with the Texas Rules of Appellate Procedure. Tex. R. App. P.
42.3.

 

PER CURIAM



Opinion delivered and filed this

the 27th day of March, 2003 .